UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEA HICKS

          Plaintiff,

v

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

          Defendant.

Case No. 2:15-cv-12477
Hon. Bernard A. Friedman

Magistrate: Mona K. Majzoub

---

**JO ROBIN DAVIS (P31263)**
**JO ROBIN DAVIS, PLLC**
Attorneys for Plaintiff
30300 Northwestern Highway, Suite 104
Farmington Hills, MI 48334
(248) 932-0100
jdavis@jorobindavis.com

**SHELLY LEE GRIFFIN (P49488)**
**JOSEPH C. JOHNSON (P76983)**
**PATRICK, JOHNSON & MOTT, P.C.**
Attorneys for Defendant
27777 Franklin Road, Suite 1400
Southfield, Michigan 48034
(248) 356-8590
sgriffin@pjmpc.com

---

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

    At a session of said Court, held in the Theodore Levin United States Courthouse, in the City of Detroit and State of Michigan, on October 4, 2016

    PRESENT: HON. BERNARD A. FRIEDMAN
                    BERNARD A. FRIEDMAN
                    U.S. DISTRICT JUDGE

    The parties having settled their dispute without an adjudication on the merits, and this matter having come before the Court based on the stipulation of the parties, through their respective counsel, as evidenced by their signatures below, and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that the above-captioned case is DISMISSED WITH PREJUDICE and without costs, interest, expenses or attorneys' fees to either of the parties.

**This Order resolves the last pending claim and closes the case**.

S/ Bernard A. Friedman_____<br>
HON. BERNARD A. FRIEDMAN<br>
U.S. DISTRICT JUDGE

The undersigned consent to entry of
the above order.  Notice of entry waived.

| | |
|---|---|
| *s/ with consent of Jo Robin Davis* | *s/ Shelly Lee Griffin* |
| **JO ROBIN DAVIS, PLLC** | **PATRICK, JOHNSON & MOTT, P.C.** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 30300 Northwestern Highway, Suite 104 | 27777 Franklin Road, Suite 1400 |
| Farmington Hills, MI 48334 | Southfield, Michigan 48034 |
| (248) 932-0100 | (248) 356-8590 |
| jdavis@jorobindavis.com | sgriffin@pjmpc.com |
| P31263 | P49488 |